# United States Court of Appeals
## For the First Circuit

No. 14-2182

CARDIGAN MOUNTAIN SCHOOL,

Plaintiff, Appellant,

v.

NEW HAMPSHIRE INSURANCE COMPANY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on May 27, 2015, is amended as follows:

On page 13, line 9, replace "44))" with "44)".